# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GEORGE P. ASSAD, JR., On Behalf of Himself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>(1) APCO OIL AND GAS INTERNATIONAL, INC.,<br>(2) RICHARD E. MUNCRIEF,<br>(3) BRYAN K. GUDERIAN,<br>(4) J. KEVIN VANN,<br>(5) KEITH BAILEY,<br>(6) PIERO RUFFINENGO,<br>(7) ROBERT LAFORTUNE,<br>(8) PLUSPETROL RESOURCES CORPORATION, and<br>(9) PLUSPETROL BLACK RIVER CORPORATION,<br><br>  Defendants. | Case No. 14-CV-707-GKF-TLW |

## **ORDER**

On April 1, 2015, the court issued an Order to Show Cause why this case should not be dismissed for failure to timely effectuate service. [Dkt. #20]. Plaintiff Assad did not respond to the court's order.

WHEREFORE, the court dismisses this case without prejudice for failure to timely serve defendants as required by Fed. R. Civ. P. 4(m).

IT IS SO ORDERED this 8th day of May, 2015.

_____
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT