IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) GEORGE P. ASSAD, JR., On Behalf of Himself and All Others Similarly Situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Case No. 14-CV-707-GKF-TLW |
| (1) APCO OIL AND GAS INTERNATIONAL, INC., (2) RICHARD E. MUNCRIEF, (3) BRYAN K. GUDERIAN, (4) J. KEVIN VANN, (5) KEITH BAILEY, (6) PIERO RUFFINENGO, (7) ROBERT LAFORTUNE, (8) PLUSPETROL RESOURCES CORPORATION, and (9) PLUSPETROL BLACK RIVER CORPORATION, | | |
| Defendants. | | |

## **JUDGMENT**

Pursuant to this court's Order dismissing plaintiff's claims for failure to effectuate service [Dkt. #21],

IT IS HEREBY ORDERED that judgment of dismissal without prejudice be entered against plaintiff George P. Assad, Jr., on behalf of himself and all others similarly situated, and in favor of defendants Apco Oil and Gas International, Inc., Richard E. Muncrief, Bryan K. Guderian, J. Kevin Vann, Keith Bailey, Piero Ruffinengo, Robert LaFortune, Pluspetrol Resources Corporation, and Pluspetrol Black River Corporation.

ENTERED this 8th day of May, 2015.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT